# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO SANTOS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FAY SERVICING, LLC, et al.,<br><br>Defendants. | Case No. 16-cv-00177-JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 26, 2016<br>Mediator: James Fleming |

IT IS HEREBY ORDERED that the request to excuse defendant Fay Servicing, LLC's client representative, Andrew Gudz, from appearing in person at the July 26, 2016, mediation before James Fleming is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: July 25, 2016

Maria-Elena James
United States Magistrate Judge