Matthew Mellen (SBN: 233350)
Jessica Galletta (SBN: 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:	(415) 315-1653
Facsimile:	(415) 276-1902
email@mellenlawfirm.com

Attorneys for Plaintiffs
RENATO SANTOS
ARLEEN SANTOS

Cassandra E. Hooks (SBN 244471)
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:	(213) 576-1000
Facsimile:	(213) 576-1100
Cassandra.hooks@alston.com

Attorney for Defendants
FAY SERVICING, LLC
CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, F.S.B., not in its individual capacity but as Trustee of ARLP Trust 5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RENATO SANTOS, an individual, and ARLEEN SANTOS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FAY SERVICING, LLC, a business entity; CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, F.S.B., not in its individual capacity but as Trustee of ARLP Trust 5; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-CV-00177-JCS<br><br>[*Assigned to Joseph C. Spero*]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER ON STIPULATION**<br><br><br>Action Filed:   October 16, 2015<br>Trial Date:      None Set |

3:15-cv-04001-WHA
STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Renato Santos and Arleen Santos ("Plaintiffs") and Fay Servicing, LLC and Christian Trust, a division of Wilmington Savings Fund Society, F.S.B. ("Defendants"), by and through their undersigned counsel, stipulate and request that the above-captioned matter be dismissed in its entirety, with prejudice, pursuant to the parties' agreement in this action.

**IT IS SO STIPULATED.**

DATED: September 26, 2016          MELLEN LAW FIRM

By:     /s/ *Jessica Galleta*
        Matthew D. Mellon
        Jessica Galleta

Attorneys for Plaintiffs
RENATO SANTOS
ARLEEN SANTOS

DATED: September 26, 2016          ALSTON & BIRD LLP

By:     /s/ *Cassandra Hooks*
        Cassandra Hooks

Attorney for Defendant
FAY SERVICING, LLC
CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, F.S.B., not in its individual capacity but as Trustee of ARLP Trust 5

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from all of the above signatories to the document.

Dated: September 26, 2016                    MELLEN LAW FIRM


                                             By:  /s/ Jessica Galletta
                                                  Jessica Galletta
                                                  Attorneys for Plaintiffs
                                                  RENATO SANTOS
                                                  ARLEEN SANTOS

**ORDER ON STIPULATION**

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

- The above entitled action is dismissed with prejudice;
- Each party shall bear their owns fees and costs; and
- The Court shall close its file.

**IT IS SO ORDERED.**

DATED: September ___30___, 2016

_____
Joseph C. Spero
Chief Magistrate Judge